IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTOPHER GEORGE KOSARY | ) | BANKRUPTCY NO. 09-40626-REG |
| JODI RAE KOSARY | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

| | | |
|---|---|---|
| Claim No. 8INT | GE Money Bank dba WalMart | $2.37 |
| Claim No. 9INT | GE Money Bank dba Paypal | $1.99 |

Dated: September 30, 2010

Respectfully Submitted,

 /s/ Edward Chosnek
Trustee
P.O. Box 708, Lafayette, Indiana  47902
Telephone:  (765) 742-9081
E-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of September, 2010, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1. U.S. Trustee
2. Robert Monfort
3. GE Money Bank, c/o Recovery Mgmt Systems Corp, 25 SE 2nd Ave, Ste 1120, Miami FL 33131

 /s/ Edward Chosnek